[No. 69919-9-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. ASHLEY E. BYRNE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00378-0, Michael T. Downes, J., entered February 1, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 69938-5-I.   Division One.   August 11, 2014.]

FYODOR KLIMOVICH ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-37993-1, Theresa B. Doyle, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 70063-4-I.   Division One.   August 11, 2014.]

JOON KIM ET AL., *Respondents*, v. ALBERT D. ROSELLINI, JR. ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-23181-0, Laura Gene Middaugh, J., entered February 28, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 70261-1-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BATEMAN, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated September 2, 2014. Substitute opinion filed. See 183 Wn. App. 1013.